FILED
2009 Jun-02 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DAWN ARLITA DEW,** | ) |
| **Petitioner,** | ) |
| v. | ) Case Number: 2:09-CV-0883-CLS |
| **WARDEN CYNTHIA S. WHEELER-WHITE, et al.,** | ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

This action is before the court on the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. The magistrate judge entered a report and recommendation recommending that the action be dismissed to allow the petitioner to exhaust the remedies available to her in state court. No objections have been filed.

The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed without prejudice. An appropriate order will be entered.

**DONE** and **ORDERED** this _____2nd_____ day of June, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE